# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD DUPELL, | : | |
|    Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ANDREW M. SAUL, | : | No. 20-296 |
|    Defendant. | : | |

## ORDER AND JUDGMENT

AND NOW, on September 23, 2020, upon consideration of Plaintiff Richard Dupell's Brief in Support of his Request for Review (doc. 16), the Commissioner's Response (doc. 17), and Plaintiff's Reply (doc. 20), it is ORDERED:

1. Plaintiff's Request for Review is DENIED;

2. JUDGMENT is entered in favor of the Commissioner and against Plaintiff; and

3. The Clerk of Court is DIRECTED to mark this case CLOSED.

                                                  BY THE COURT:

                                                  /s/ *Timothy R. Rice*
                                                  TIMOTHY R. RICE
                                                  U.S. MAGISTRATE JUDGE